**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| JOSE EDUARDO CORTEZ RIVERA, |
| |
| Petitioner, |
| |
| v. |
| |
| PATRICIA HYDE, Field Office Director; TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement; KRISTI NOEM, U.S. Secretary of Homeland Security; PAMELA BONDI, Attorney General of the U.S., and ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, |
| |
| Respondents. |

Civil Action No. 1:25-CV-12390-IT

## RESPONDENTS' STATUS REPORT

Pursuant to this Court's Electronic Order, ECF No. 15, Respondents report that on October 27, 2025, an Immigration Judge ordered Petitioner released upon a payment of a $6,500 bond. Petitioner posted that bond and was released from ICE custody on October 29, 2025.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:  */s/ Anuj K. Khetarpal*
Anuj K. Khetarpal
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3658
Anuj.Khetarpal@usdoj.gov

Dated: December 8, 2025

## <u>CERTIFICATE OF SERVICE</u>

I, Anuj Khetarpal, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated: December 8, 2025                By:    */s/ Anuj K. Khetarpal*
                                               Anuj K. Khetarpal
                                               Assistant United States Attorney

2