UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE EDUARDO CORTEZ RIVERA,     * <br>     * <br> Petitioner,     * <br>     * <br> v.     * <br>     * <br> PATRICIA HYDE, Field Office Director,     * <br> KRISTI NOEM, U.S. Secretary of     * <br> Department of Homeland Security, TODD     * <br> LYONS, Acting Director of U.S. Immigration     * <br> and Customs Enforcement, PAMELA     * <br> BONDI, U.S. Attorney General, and     * <br> ANTONE MONIZ, Superintendent of     * <br> Plymouth County Correctional Facility,     * <br>     * <br> Respondents.     * | Civil Action No. 1:25-cv-12390-IT |

ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 14] granting Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordering a bond hearing, and Respondents' Status Report [Doc. No. 16] indicating Petitioner posted bond and was released on October 29, 2025, this action is CLOSED.

IT IS SO ORDERED.

May 13, 20206                                    /s/ Indira Talwani
                                                                United States District Judge