

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| **JOSE EDUARDO CORTEZ RIVERA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **Case No. 1:25-cv-12390-IT** |
| | ) | |
| **DAVID T. WESLING, et al.** | ) | |
| | ) | |
| **Respondents.** | ) | |
| | ) | |

**DECLARATION OF ELIZABETH BADGER IN**
**SUPPORT OF APPLICATION FOR FEES AND COSTS**
**PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

I, Elizabeth Badger, state that the following facts are true and correct, based upon my personal knowledge:

1. I have been a member in good standing of the bar of the Commonwealth of Massachusetts since 2005. I am over the age of 18 and am competent to testify regarding the matters described below.

2. I graduated from Boston University School of Law in 2005. Since 2019, I have been employed by the Political Asylum/Immigration Representation (PAIR) Project in Boston, Massachusetts. The mission of the PAIR Project is to provide *pro bono* legal services to indigent asylum applicants, noncitizens detained by ICE, and others seeking humanitarian relief.  My current role at the PAIR Project is Senior Staff Attorney.

3. I was retained by Petitioner for *pro bono* services in connection with his detention by ICE when he was placed in ICE custody on August 28, 2025. I was co-counsel for Petitioner in the above-captioned Petition for Writ of Habeas Corpus.

4. During the course of this litigation, I maintained time records in the normal course of my duties as a staff attorney and counsel in the above-referenced petition, records that I kept in good faith and that I created routinely and contemporaneously with the conduct described in each record or within a reasonable time thereafter. An accurate compilation of my time records is set

2

forth in the chart attached filed as Exhibit 2. The compilation has been prepared to protect attorney-client privilege as well as confidential litigation work product. The compilation accurately reflects the tasks I completed in connection with litigating the Petition, the time I spent to complete those tasks, and it preserves the substance of the original records as far as reasonably possible.

5. Upon review of my time records, I have determined that I spent no fewer than 16.85 hours on tasks required to litigate the above-captioned Petition for Writ of Habeas Corpus.

6. In addition, the PAIR Project incurred costs in the amount of $5.00 filing the Petition, $5.00 in filing the amended Petition, and $149.97 for virtual meetings with the client/Petitioner through Jurislink, which is the only means provided for by Plymouth County Correctional Facility for attorneys to meet virtually with their clients there.

7. My co-counsel Whitney Reichel is not seeking fees or costs.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED THIS 13th DAY OF JUNE 2026.

*/s/ Elizabeth Badger*
Elizabeth Badger

3